| | |
|---|---|
| 1 | Peter E. Perkowski (SBN 199491) |
| 2 | peter@perkowskilegal.com<br>PERKOWSKI LEGAL, PC |
| 3 | 445 S. Figueroa Street<br>Suite 3100 |
| 4 | Los Angeles, California 90071<br>Telephone: (213) 426-2137 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>SPLASH NEWS AND PICTURE AGENCY, LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS AND PICTURE AGENCY, LLC<br><br>    *Plaintiff*,<br><br>v.<br><br>ONIKA TANYA MARAJ p/k/a NICKI MINAJ et al.,<br><br>    *Defendants*. | Case No.: 2:19-cv-5822 RGK (JEMx)<br><br>*Hon. R. Gary Klausner*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (ECF 11)** |

    Plaintiff Michael Grecco Productions, Inc., responds to the Court's Order to Show Cause re Dismissal for Lack of Prosecution (ECF 11) as follows:

    1.    The complaint was filed on July 5, 2019. Three days later, on July 8, 2019, the clerk of court issued a summons in this matter (ECF 7).

    2.    Before filing the Complaint, counsel for plaintiff had been engaged in discussions with attorneys who represented defendant, Sonya Guardo of the New York law firm of Grubman Shire Meiselas & Sacks, P.C., about resolving the dispute with defendant. On July 23, 2019, undersigned counsel emailed Ms. Guardo a copy of the complaint and asked whether she was authorized to accept of waive service on behalf of defendant.

3.     On July 24, 2019, Ms. Guardo responded that her firm no longer represented defendant and therefore was not authorized to accept or waive service. Ms. Guardo offered to inform undersigned counsel of defendant's new counsel as soon as it was determined.

4.     On August 15, 2019, undersigned counsel for plaintiff engaged the services of a litigation-support-services firm, BFRM Legal, to locate defendant and serve her with process. BFRM Legal made several attempts at service at an address thought to be a residence of defendant. The attached Affidavit of Brian Mantilla, and attachments, describe the efforts of BFRM Legal in detail.

5.     On August 21, 2019, undersigned counsel requested a Lexis report showing known addresses and associations of defendant. The report was received the same day but did not reveal any addresses for defendant that were not already known or suspected.

6.     On August 31, 2019, a celebrity photographer familiar with defendant provided an additional address for defendant. That address was provided to BRFM Legal, which attempted service.

7.     On September 9, 2019, undersigned counsel requested a skip-trace be performed for defendant. The search revealed an additional address, which BFRM Legal used to attempt service.

8.     On September 17, 2019, undersigned counsel asked Ms. Guardo for information about defendant's current representation. The next day, September 18, Ms. Guardo responded that defendant was now represented by Dina Lapolt, an entertainment lawyer in Los Angeles.

9.     On September 18, 2019, undersigned counsel sent an email to Dina Lapolt with a copy of the summons and complaint and asked whether she was authorized to accept or waive service. Ms. Lapolt did not reply.

10.    On November 1, 2019, undersigned counsel sent a process server to a location in Los Angeles where defendant was schedule to make an appearance. The

location was blockaded and inaccessible, and defendant was protected by bodyguards at all times.

11. Undersigned counsel believes that it will be impossible to serve defendant directly because (a) in public she is accompanied by a team of bodyguards, (b) a current resident address in Los Angeles is difficult to confirm, and (c) the resident addresses in Los Angeles that are associated with her are gated communities and therefore inaccessible.

12. Plaintiff respectfully requests that the Court discharge the Order to Show Cause so as to allow plaintiff to seek leave to serve plaintiff by alternate means—namely, to serve her known representative Dina Lapolt, a Los Angeles entertainment attorney.

Dated: January 5, 2020          Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
      Peter E. Perkowski

      Attorneys for Plaintiff
      SPLASH NEWS AND PICTURE
      AGENCY, LLC